1  JaVonne M. Phillips, Esq., SBN 187474
   Roshni V. Patel, Esq., SBN 243962
2  **McCarthy & Holthus, LLP**
   1770 Fourth Avenue
3  San Diego, CA  92101
   Phone (619) 685-4800 Ext. 2034
4  Fax (619) 685-4810

5  Attorney for: Secured Creditor,
   M&T Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No. 10-46537 L |
| | ) |
| Timothy Nigma, | ) Chapter   13 |
| Linda Ann Nigma, | ) |
| | ) RS No.   RVP-9676 |
| Debtors. | ) |
| | ) **MOTION FOR RELIEF FROM** |
| | ) **AUTOMATIC STAY** |
| | ) |
| | ) Date:  November 6, 2013 |
| | ) Time:  9:30 am |
| | ) Ctrm:  220 |
| | ) Place: 1300 Clay Street |
| | )         Oakland, CA |

M&T Bank ("Secured Creditor" or "Movant" herein), moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. § 362 as to moving party (and the Trustee under the Deed of Trust securing moving party's claim) so that moving party and its Trustee may commence and continue all acts necessary to foreclose under the Deed of Trust secured by the

Debtors' property, commonly known as 1717 El Toro Way, Pinole, CA 94564, ("Property" herein).

As stated in the attached Declaration, the Debtors have failed to make 4 post-petition payments (7/13 through 10/13).

Based on the foregoing, Secured Creditor alleges that it is not adequately protected. Secured Creditor is not receiving regular monthly payments, and is unfairly delayed from proceeding with the foreclosure of the subject Property. Accordingly, relief from the automatic stay should be granted to Secured Creditor pursuant to 11 U.S.C. § 362(d)(1) and (2).

WHEREFORE, Secured Creditor prays for judgment as follows:

1. For an Order granting relief from the automatic stay, permitting Secured Creditor to proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the subject Property at a trustee's sale under the terms of the Deed of Trust to proceed with any and all post foreclosure sale remedies, including the unlawful detainer action or any other action necessary to obtain possession of the Property.
2. For an Order that the fourteen day stay described by Bankruptcy Rule 4001(a)(3) be waived.
3. For an Order modifying the automatic stay to protect Secured Creditor's interest, as the Court deems proper.
4. For attorneys' fees and costs incurred herein.
5. For such other relief as the Court deems proper.
6. The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

///

///

///

7. Furthermore, Movant may contact the Debtor to comply with California Civil Code Section 2923.5.

8. Movant is not required to file payment change letters due to obtaining relief from the automatic stay.

Dated: October 17, 2013                  McCarthy & Holthus, LLP

                                             By:  /s/ Roshni V. Patel
                                                        Roshni V. Patel, Esq.
                                                        Attorneys for Secured Creditor
                                                        M&T Bank

3                  File No. CA-12-84124
Motion for Relief from Automatic Stay, Case No.10-46537 L
Case: 10-46537    Doc# 31    Filed: 10/17/13    Entered: 10/17/13 10:37:42    Page 3 of 3